# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK
# ALBANY DIVISION

**Febin Thomas**,

*Plaintiff,*

v.

**Joseph B. Edlow**, *in his official capacity* as Director of United States Citizenship and Immigration Services,

*Defendant.*

HON. MAE A. D'AGOSTINO

Civil Action No. 1:26-cv-00993-MAD-PJE

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses this action without prejudice. Defendant has neither answered nor filed a motion for summary judgment.

Dated: September 10, 2026

Respectfully submitted,

*/s/ Arif Gozel*
Arif Gozel, Esq.
NY Bar # 5680228
Gozel Law Firm PC
1066 Clifton Ave, Ste. 201
Clifton, NJ 07013
Telephone: 202-922-6565
agozel@gozellaw.com

IT IS SO ORDERED:

Mae A. D'Agostino
U.S. District Judge

Dated: September 11, 2026
Albany, NY